■ In the Matter of JOHN DeRAFFELE, Petitioner, v ANGELO INGRASSIA, as Justice of the Supreme Court of the State of New York, Respondent. [627 NYS2d 961] —Proceeding pursuant to CPLR article 78 in the nature of mandamus, *inter alia,* to compel Judge Ingrassia to set a final and firm date for a trial of all issues in a matrimonial action under Index No. 17059/92.

Adjudged that the petition is denied and the proceeding is dismissed, without costs or disbursements.

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only when there exists a clear legal right to the relief sought *(see, Matter of Legal Aid Socy. v Scheinman,* 53 NY2d 12, 16). The petitioner here has failed to demonstrate a clear legal right to the relief sought. Sullivan, J. P., Rosenblatt, O'Brien and Thompson, JJ., concur.